1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:  714.513.5130

7  Attorneys for Defendants, THE
   HILLMAN GROUP, INC. and WAL-
8  MART STORES, INC.

9
                UNITED STATES DISTRICT COURT
10
         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12
   MARIA SANTOS, on behalf of herself      Case No. 2:14-cv-09571-BRO-PJW
13 and all others similarly situated.,     Hon. Beverly Reid O'Connell

14         Plaintiff,                      Class Action

15     v.                                  **ORDER GRANTING JOINT
                                           STIPULATION FOR DISMISSAL**
16 THE HILLMAN GROUP, INC., and
   WAL-MART STORES, INC.,
17
           Defendants.                     Action Filed:  December 15, 2014
18                                         Trial Date:    None Set

---

SMRH:473100680.1   ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1  The Court, having considered the Joint Stipulation for Dismissal pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties, finds that
3  this action shall be dismissed with prejudice.  Each party is to bear its own fees and
4  costs.
5  **IT IS SO ORDERED.**
6
7  DATED: September 21, 2015
8
9  _____
10  Honorable Beverly Reid O'Connell
    UNITED STATES DISTRICT COURT

SMRH:473100680.1    ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION